IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                              NO. 4:14CR00017-JMM-2

WILMER GEOVANI FUENTES-RAMOS                                       DEFENDANT

## ORDER

At his initial appearance before the Court in Case Number 4:14MJ6001-BD-2, defendant Juan Contreras Ramos indicated that his correct name is Wilmer Geovani Fuentes-Ramos. Mr. Fuentes-Ramos has now been indicted in Case Number 4:14CR00017-JMM-2. Because Mr. Fuentes-Ramos is the named defendant in both cases, the Clerk is directed to merge case number 4:14MJ06001-BD-2 into case number 4:14CR00017-JMM-2.

IT IS SO ORDERED this 19th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE